Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
:
HWB VICTORIA STRATEGIES PORTFOLIO, *et al.*, :
: 07 CV 11382 (TPG)
Plaintiffs, :
: **NOTICE OF MOTION**
-against- :
:
THE REPUBLIC OF ARGENTINA, :
:
Defendant. :
:
------------------------------------------------------------------- x

PLEASE TAKE NOTICE THAT upon the annexed declarations of Roby Haas, Chairman of the Supervisory Board of LRI Invest S.A., the managing company for plaintiff HWB Renten Portfolio Plus, dated April 30, 2008, with annexed exhibits, Roby Haas, Chairman of the Supervisory Board of LRI Invest S.A., the managing company for plaintiff HWB Quo Vadis, dated April 30, 2008, with annexed exhibits, Roby Haas, Chairman of the Supervisory Board of LRI Invest S.A., the managing company for plaintiff HWB Alexandra Strategies Portfolio, dated April 30, 2008, with annexed exhibits, William Adriaanse, Director of Kheshia Holdings Ltd., the managing company for plaintiff Victoria Strategies Portfolio Ltd., dated April 23, 2008, with annexed exhibits, Roby Haas, Chairman of the Supervisory Board of LRI Invest S.A., the managing company for plaintiff HWB Victoria Strategies Portfolio, dated April 30, 2008, with annexed exhibits, Roby Haas,

{00368136.DOC;}

Chairman of the Supervisory Board of LRI Invest S.A., the managing company for plaintiff HWB Portfolio Plus, dated April 30, 2008, with annexed exhibits, and Regina Alter, dated July 2, 2008, with annexed exhibits; the Statement of Material Facts Pursuant to Local Rule 56.1; the accompanying Memorandum of Law; and the pleadings and all prior proceedings had herein, the undersigned will move this Court before the Honorable Thomas P. Griesa, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at such time as the Court directs, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting plaintiffs summary judgment as against defendant the Republic of Argentina, to strike defendant's discovery requests and for such other relief as the Court deems just and proper.

Dated: New York, New York
       July 2, 2008

                                        DREIER LLP

                                        By: _____
                                            Marc S. Dreier (MD-9713)
                                            Joel A. Chernov (JC-8789)
                                            Regina M. Alter (RA-7014)

                                        499 Park Avenue
                                        New York, New York 10022
                                        (212) 328-6100

                                        *Attorneys for Plaintiffs*