Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                    :
HWB VICTORIA STRATEGIES PORTFOLIO, et al.,          :    07 CV 11382 (TPG)
                                                    :
                              Plaintiffs,           :    **DECLARATION OF**
                                                    :    **ROBY HAAS**
              - against -                           :    **IN SUPPORT OF MOTION**
                                                    :    **FOR SUMMARY JUDGMENT**
THE REPUBLIC OF ARGENTINA,                          :
                                                    :
                              Defendant.            :
-------------------------------------------------------------------x

ROBY HAAS declares under penalty of perjury as follows:

      1.     I am Chairman of the Supervisory Board of LRI Invest S.A. ("LRI"), the managing company for HWB Renten Portfolio Plus ("Renten"), one of the plaintiffs in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against the Republic of Argentina ("Argentina"). I have personal knowledge of the facts set forth below.

      2.     As set forth in the Complaint, it cannot be disputed that (i) Renten owns the bonds upon which Renten has sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) Renten provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3.    Renten acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement")[1] in the aggregated principal amounts of: (i)$250,000 having the ISIN No. US040114GG96 and CUSIP No. 040114GG9; (ii)$313,000 having the ISIN No. US040114GH79 and CUSIP No. 040114GH7, before December 18, 2007.  The Bonds are deposited under the name of Renten's bank, LRI, and have been booked electronically by LRI in Renten's name.  A copy of Renten's most recent account statement, as of March 26, 2008, is annexed hereto as Exhibit 1.  That statement indisputably shows that Renten continues to own the Bonds.

4.    Notwithstanding its payment obligations under the Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Bonds.

5.    The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1994 Fiscal Agency Agreement.

6.    In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

(a)    Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or

(d)    Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

7.    Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written

---

[1]    A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.

notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

8.     By letter dated November 27, 2007, Renten provided Argentina with written notice that Renten was declaring the principal and interest on the Bonds to be due and payable. A copy of that letter is annexed hereto as Exhibit 2.

9.     Since then, Argentina has failed to make any payment of principal or interest to Renten.

10.     By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: April 30, 2008

_____
ROBY HAAS

# LRI Invest S.A.

## HWB Renten Portfolio Plus [1222]  INVENTARLISTE 26.03.2008  EUR  20.095.856,45

| WKN ISIN | WP-BEZEICHNUNG | NOMINALE | EINSTAND BW | WHG | EINST.STK.BW EINST.DEV.KURS | BEW.KURS BEW.DEV.KURS | KURSWERT BW | %KW | GUV GUV PROZ. |
|---|---|---|---|---|---|---|---|---|---|
| 00000A0GXN0 DE000A0GXN04 | 2,250% Praktiker Fin.CV 06/11 | 200.000,000 | 211.614,80 | EUR | 105,80740 1,000000 | 87,25000 1,000000 | 174.500,00 | 0,87% | -37.114,80 -17,54% |
| 00000A0TK8U XS0326116133 | 4,875% BMW Financ.MTN 07/12 | 250.000,000 | 250.872,87 | EUR | 100,34915 1,000000 | 100,62000 1,000000 | 251.550,00 | 1,25% | 677,13 0,27% |
| 00000A0TKUU DE000A0TKUU3 | 5,625% HeidelbergCement Fin.07/18 | 250.000,000 | 234.354,62 | EUR | 93,74185 1,000000 | 92,58457 1,000000 | 231.461,42 | 1,15% | -2.893,20 -1,23% |
| **GESAMT RENTEN / EUR** | | | 17.031.112,03 | | | | 16.742.911,34 | 83,32% | -288.200,69 |

### RENTEN / GBP

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00000842911 XS0166575067 | 6,250% Dt.Telekom Int.Fin.03/10 | 200.000,000 | 304.705,06 | GBP | 102,06096 0,669900 | 100,11000 0,781050 | 256.347,22 | 1,28% | -48.357,84 -15,87% |
| **GESAMT RENTEN / GBP** | | | 304.705,06 | | | | 256.347,22 | 1,28% | -48.357,84 |

### RENTEN / USD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00000686425 US040114GG96 | 12,250% Argentinien Poolf. 01/18 | 925.000,000 | 255.375,52 | USD | 39,31458 1,424020 | 31,04156 1,556900 | 184.427,04 | 0,92% | -70.948,48 -27,78% |
| 00000686426 US040114GH79 | 12,000% Argentinien Poolf.01/31 | 988.000,000 | 272.467,26 | USD | 39,34502 1,426699 | 29,94500 1,556900 | 190.029,29 | 0,95% | -82.437,97 -30,26% |
| 00000A0GXLD US13342BA041 | 2,500% Cameron International CV 06/26 | 200.000,000 | 173.146,34 | USD | 117,36725 1,355700 | 138,37500 1,556900 | 177.757,08 | 0,88% | 4.610,74 2,66% |
| 00000A0GYEA XS0267243417 | 2,250% Abbey SA CV 06/13 | 300.000,000 | 257.036,70 | USD | 124,83493 1,457009 | 108,65000 1,556900 | 209.358,34 | 1,04% | -47.678,36 -18,55% |
| 00000A0LNPM US039483AV49 | 0,875% Archer Daniels CV 07/1 | 200.000,000 | 148.655,50 | USD | 104,64611 1,407901 | 118,62430 1,556900 | 152.385,25 | 0,76% | 3.729,75 2,51% |
| 00000A0LPUX US955306AA38 | 4,000% WEST Pharm. CV 07/47 | 250.000,000 | 169.888,54 | USD | 100,28592 1,475761 | 95,90120 1,556900 | 153.993,83 | 0,77% | -15.894,71 -9,36% |
| 00000A0NTN1 XS0296963571 | 0,000% China Overseas Fin. CV Ltd 07/14 | 200.000,000 | 156.202,96 | USD | 106,00739 1,357303 | 109,50000 1,556900 | 140.664,14 | 0,70% | -15.538,82 -9,95% |
| 00000A0NU5S US165167BZ99 | 2,500% CHESAPEAKE CV 07/37 | 250.000,000 | 207.539,64 | USD | 122,97210 1,481309 | 126,41784 1,556900 | 202.996,08 | 1,01% | -4.543,56 -2,19% |
| 00000A0NXPB NO0010372774 | 0,000% Subsea 7 Inc. CV 07/17 | 300.000,000 | 234.032,20 | USD | 109,79714 1,407462 | 105,51860 1,556900 | 203.324,43 | 1,01% | -30.707,77 -13,12% |
| 00000A0TNME US436440AA93 | 2,000% Hologic CV 07/37 | 240.000,000 | 173.468,53 | USD | 105,30263 1,456900 | 99,25300 1,556900 | 153.000,96 | 0,76% | -20.467,57 -11,80% |
| 00000A0TNQW US893830AU32 | 1,625% Transocean CV 07/37 | 240.000,000 | 173.880,56 | USD | 105,55275 1,456900 | 107,00000 1,556900 | 164.943,16 | 0,82% | -8.937,40 -5,14% |
| **GESAMT RENTEN / USD** | | | 2.221.693,75 | | | | 1.932.879,60 | 9,62% | -288.810,94 |

### OPTIONEN / EUR

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00009293454 LRI009293454 | Call Dax 6600 04/08 | -80,000 | -54.434,95 | EUR | 136,08738 1,000000 | 137,20000 1,000000 | -54.880,00 | -0,27% | -445,05 -0,82% |
| 00009293455 LRI009293455 | Call DAX 6650 04/08 | -80,000 | -44.649,59 | EUR | 111,62398 1,000000 | 113,00000 1,000000 | -45.200,00 | -0,22% | -550,41 -1,23% |
| 00009293456 LRI009293456 | Call DAX 6700 04/08 | -80,000 | -36.200,99 | EUR | 90,50248 1,000000 | 91,40000 1,000000 | -36.560,00 | -0,18% | -359,01 -0,99% |
| 00009293486 LRI009293486 | Put DAX 6350 04/08 | -80,000 | -39.667,19 | EUR | 99,16798 1,000000 | 95,20000 1,000000 | -38.080,00 | -0,19% | 1.587,19 4,00% |
| 00009293487 LRI009293487 | Put DAX 6400 04/08 | -80,000 | -45.613,63 | EUR | 114,03408 1,000000 | 110,10000 1,000000 | -44.040,00 | -0,22% | 1.573,63 3,45% |
| 00009307842 LRI009307842 | Put DAX 6300 04/08 | -80,000 | -33.981,55 | EUR | 84,95388 1,000000 | 82,10000 1,000000 | -32.840,00 | -0,16% | 1.141,55 3,36% |
| **GESAMT OPTIONEN / EUR** | | | -254.547,90 | | | | -251.600,00 | -1,25% | 2.947,90 |

## GESAMT WERTPAPIERE  EUR  19.278.700,68  95,93%

# LRI Invest S.A.

**HWB Renten Portfolio Plus [1222]**          **INVENTORY 03.26.2008   EUR   20,095,856.45**

### BONDS / USD

| Securities code No. ISIN | Denomination | Nominal Value | Inicial Cash Value | Curr. | Inicial Unit Cash Value Inicial Exchange Rate | Assessed Rate Assessed Exchange Rate | Cash Market Value | % Market Value | P&L % P&L |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 00000686425 US040114GG96 | 12.250% ARGENTINA POOLF. 01/18 | 925,000.000 | 255,375.52 | USD | 39.31458 1.424020 | 31.04156 1.556900 | 184,427.04 | 0.92% | -70,948.48 -27.78% |
| 00000686426 US040114GH79 | 12.000% ARGENTINA POOLF. 01/31 | 988,000.000 | 272,467.26 | USD | 39.34502 1.426699 | 29.94500 1.556900 | 190,029.29 | 0.95% | -82,437.97 -30.26% |
| | | | | | | | | | |

# DREIER LLP

**ATTORNEYS AT LAW**

---

**Cara S. Mittleman**
Direct  212 328 6119
cmittleman@dreierllp.com

December 18, 2007

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn:  Mr. Stan Burg

      **Re:**    **Notice of Acceleration**

Dear Mr. Burg,

      We write this letter on behalf of our client, HWB Renten Portfolio Plus ("Renten").

      Renten is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement").  In particular, Renten is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
|---|---|
| $  250,000 | US040114GG96 |
| $  313,000 | US040114GH79 |

      Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Renten declares the principal of and interest on the foregoing bonds to be immediately due and payable.  The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Renten.

Very truly yours,

Cara S. Mittleman

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile  212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

{00314073.DOC;}

Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                    :
HWB VICTORIA STRATEGIES PORTFOLIO, et al.,          :   07 CV 1382 (TPG)
                                                    :
                              Plaintiffs,            :   **DECLARATION OF**
                                                    :   **ROBY HAAS**
              - against -                            :   **IN SUPPORT OF MOTION**
                                                    :   **FOR SUMMARY JUDGMENT**
THE REPUBLIC OF ARGENTINA,                           :
                                                    :
                              Defendant.            :
                                                    :
-------------------------------------------------------------------x

ROBY HAAS declares under penalty of perjury as follows:

      1.     I am Chairman of the Supervisory Board of LRI Invest S.A. ("LRI"), the managing company for HWB Quo Vadis ("Quo"), one of the plaintiffs in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against the Republic of Argentina ("Argentina"). I have personal knowledge of the facts set forth below.

      2.     As set forth in the Complaint, it cannot be disputed that (i) Quo owns the bonds upon which Quo has sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) Quo provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3.      Quo acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement")[1] in the aggregated principal amounts of: (i)$250,000 having the ISIN No. US040114GG96 and CUSIP No. 040114GG9; (ii)$250,000 having the ISIN No. US040114GH79 and CUSIP No. 040114GH7, before December 18, 2007.  The Bonds are deposited under the name of Quo's bank, LRI, and have been booked electronically by LRI in Quo's name.  A copy of Quo's most recent account statement, as of March 26, 2008, is annexed hereto as Exhibit 1.  That statement indisputably shows that Quo continues to own the Bonds.

4.      Notwithstanding its payment obligations under the Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Bonds.

5.      The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1994 Fiscal Agency Agreement.

6.      In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

(a)      Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or

(d)      Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

7.      Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written

---

[1]      A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.



notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

        8.     By letter dated November 27, 2007, Quo provided Argentina with written notice that Quo was declaring the principal and interest on the Bonds to be due and payable.  A copy of that letter is annexed hereto as Exhibit 2.

        9.     Since then, Argentina has failed to make any payment of principal or interest to Quo.

        10.    By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

        I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: April 30 , 2008

————————————————
ROBY HAAS

# LRI Invest S.A.

**HWB Quo Vadis [1223]**        **INVENTARLISTE 26.03.2008**        **EUR**        **9.147.845,06**

| WKN ISIN | WP-BEZEICHNUNG | NOMINALE | EINSTAND BW | WHG | EINST.STK.BW EINST.DEV.KURS | BEW.KURS BEW.DEV.KURS | KURSWERT | %KW | GUV GUV PROZ. |
|---|---|---|---|---|---|---|---|---|---|
| **WERTPAPIERE** | | | | | | | | | |
| **RENTEN / EUR** | | | | | | | | | |
| ~~00000431517~~ ~~LR0000421517~~ | ~~3,200% IIsd.SA. CV 06/12~~ | ~~70.245,000~~ | ~~77.843,99~~ | ~~EUR~~ | ~~98,23194~~ ~~1,000000~~ | ~~95,25840~~ ~~1,000000~~ | ~~75.467,52~~ | ~~0,83%~~ | ~~-2.359,38~~ -3,03% |
| ~~GESAMT RENTEN / EUR~~ | | | ~~77.843,99~~ | | | | ~~75.467,52~~ | ~~0,83%~~ | ~~-2.359,38~~ |
| **RENTEN / USD** | | | | | | | | | |
| 00000686425 US040114GG96 | 12,250% Argentinien Poolf. 01/18 | 1.000.000,000 | 258.769,45 | USD | 37,43839 1,446785 | 31,04156 1,556900 | 199.380,58 | 2,18% | -59.388,87 -22,95% |
| 00000686426 US040114GH79 | 12,000% Argentinien Poolf.01/31 | 1.000.000,000 | 258.825,60 | USD | 37,44731 1,446816 | 29,94500 1,556900 | 192.337,34 | 2,10% | -66.488,26 -25,69% |
| **GESAMT RENTEN / USD** | | | 517.595,05 | | | | 391.717,92 | 4,28% | -125.877,13 |
| **AKTIEN / CAD** | | | | | | | | | |
| 00000899036 CA82934H1018 | Sino-Forest Corp | 50.000,000 | 515.339,35 | CAD | 16,01944 1,554261 | 15,82000 1,587000 | 498.424,70 | 5,45% | -16.914,65 -3,28% |
| 00000A0B6G3 CA03734N1069 | Anvil Mining Ltd | 2.000,000 | 27.232,97 | CAD | 18,70088 1,373400 | 12,30000 1,587000 | 15.500,95 | 0,17% | -11.732,02 -43,08% |
| **GESAMT AKTIEN / CAD** | | | 542.572,32 | | | | 513.925,65 | 5,62% | -28.646,67 |
| **AKTIEN / CHF** | | | | | | | | | |
| 00000876682 CH0012453913 | Temenos Group AG | 3.500,000 | 63.303,64 | CHF | 30,23020 1,671400 | 25,50000 1,572800 | 56.745,93 | 0,62% | -6.557,71 -10,36% |
| 00000859568 CH0010570759 | Chocoladefabriken Lindt & Sprüngli AG | 6,000 | 128.298,30 | CHF | 34.503,69000 1,613600 | 35.165,00000 1,572800 | 134.149,29 | 1,47% | 5.850,99 4,56% |
| 00000869898 CH0012214059 | Holcim Ltd Namensaktien | 1.300,000 | 84.602,19 | CHF | 102,93483 1,581700 | 102,50000 1,572800 | 84.721,52 | 0,93% | 119,33 0,14% |
| 00000870264 CH0002497458 | SGS Societe Generale de Surveillance | 90,000 | 77.203,50 | CHF | 1.371,21989 1,598500 | 1.353,00000 1,572800 | 77.422,43 | 0,85% | 218,93 0,28% |
| 00000870503 CH0010570767 | Lindt & Sprüngli AG Partizipsch. | 18,000 | 41.653,73 | CHF | 3.819,41556 1,650500 | 3.210,00000 1,572800 | 36.737,03 | 0,40% | -4.916,70 -11,80% |
| 00000871110 CH0012255144 | Swatch Group AG Namensaktien | 2.000,000 | 72.162,46 | CHF | 58,13408 1,611200 | 50,70000 1,572800 | 64.471,01 | 0,70% | -7.691,45 -10,66% |
| 00000893484 CH0012549785 | Sonova Holding AG Namensaktien | 1.000,000 | 77.097,48 | CHF | 128,86073 1,671400 | 89,10000 1,572800 | 56.650,56 | 0,62% | -20.446,92 -26,52% |
| 00000894897 CH0004410418 | Bell Holding AG | 50,000 | 59.912,55 | CHF | 1.904,42160 1,586500 | 1.835,00000 1,572800 | 58.335,45 | 0,64% | -1.577,10 -2,63% |
| 00000910145 CH0007186981 | Hiestand Holding AG | 40,000 | 58.406,27 | CHF | 2.439,48400 1,670700 | 1.631,00000 1,572800 | 41.480,16 | 0,45% | -16.926,11 -28,98% |
| 00000922031 CH0012138605 | Adecco SA Namensaktien | 2.000,000 | 70.632,88 | CHF | 56,90185 1,611200 | 55,85000 1,572800 | 71.019,84 | 0,78% | 386,96 0,55% |
| 00000A0EAHZ CH0002432174 | Bucher Industries AG Namenaktien | 400,000 | 67.215,90 | CHF | 279,30403 1,662131 | 258,25000 1,572800 | 65.679,04 | 0,72% | -1.536,86 -2,29% |
| 00000A0MQWG CH0030170408 | Geberit AG | 600,000 | 57.066,81 | CHF | 158,28012 1,664156 | 145,70000 1,572800 | 55.582,40 | 0,61% | -1.484,41 -2,60% |
| **GESAMT AKTIEN / CHF** | | | 857.555,71 | | | | 802.994,66 | 8,78% | -54.561,05 |
| **AKTIEN / CZK** | | | | | | | | | |
| 00000887832 CZ0005112300 | Ceske Energeticke Zavody AS CEZ | 2.000,000 | 96.966,22 | CZK | 1.272,05456 26,237066 | 1.216,00000 25,455000 | 95.541,15 | 1,04% | -1.425,07 -1,47% |

# LRI Invest S.A.

**HWB Quo Vadis [1223]**          **INVENTORY 03.26.2008**          **EUR   9,147,845.06**

| Securities code No. ISIN | Denomination | Nominal Value | Inicial Cash Value | Curr. | Inicial Unit Cash Value Inicial Exchange Rate | Assessed Rate Assessed Exchange Rate | Cash Market Value | % Market Value | P&L % P&L |
|---|---|---|---|---|---|---|---|---|---|
| SECURITIES, STOCKS AND BONDS | | | | | | | | | |
| | | | | | | | | | |
| BONDS / EUR | | | | | | | | | |
| | | | | | | | | | |
| BONDS / USD | | | | | | | | | |
| | | | | | | | | | |
| 00000686425 US040114GG96 | 12.250% ARGENTINA POOLF. 01/18 | 1,000,000.000 | 258,769.45 | USD | 37.43839 1.446785 | 31.04156 1.556900 | 199,380.58 | 2.18% | -59,388.87 -22.95% |
| 00000686426 US040114GH79 | 12.000% ARGENTINA POOLF. 01/31 | 1,000,000.000 | 258,825.60 | USD | 37.44731 1.446816 | 29.94500 1.556900 | 192,337.34 | 2.10% | -66,488.26 -25.69% |
| TOTAL BONDS / USD | | | 517,595.05 | | | | 391,717.92 | 4.28% | -125,877.13 |

# DREIER LLP

**ATTORNEYS AT LAW**

**Cara S. Mittleman**
Direct 212 328 6119
cmittleman@dreierllp.com

December 18, 2007

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn:  Mr. Stan Burg

Re:     **Notice of Acceleration**

Dear Mr. Burg,

We write this letter on behalf of our client, HWB Quo Vadis ("Quo").

Quo is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement").  In particular, Quo is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
| --- | --- |
| $  250,000 | US040114GG96 |
| $  250,000 | US040114GH79 |

Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Quo declares the principal of and interest on the foregoing bonds to be immediately due and payable.  The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Quo.

Very truly yours,

Cara S. Mittleman

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile  212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

{00314074.DOC;}

Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                :

HWB VICTORIA STRATEGIES PORTFOLIO, et al.,    :   07 CV 11382 (TPG)
                                :

              Plaintiffs,         :   **DECLARATION OF**
                                :   **ROBY HAAS**
       - against -           :   **IN SUPPORT OF MOTION**
                                :   **FOR SUMMARY JUDGMENT**

THE REPUBLIC OF ARGENTINA,        :
                                :

              Defendant.        :
-----------------------------------------------------------------------x

       ROBY HAAS declares under penalty of perjury as follows:

       1.     I am Chairman of the Supervisory Board of LRI Invest S.A. ("LRI"), the managing company for HWB Alexandra Strategies Portfolio ("Alexandra"), one of the plaintiffs in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against the Republic of Argentina ("Argentina"). I have personal knowledge of the facts set forth below.

       2.     As set forth in the Complaint, it cannot be disputed that (i) Alexandra owns the bonds upon which Alexandra has sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) Alexandra provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3.     Alexandra acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement")[1] in the aggregated principal amounts of: (i)$250,000 having the ISIN No. US040114GG96 and CUSIP No. 040114GG9; (ii)$250,000 having the ISIN No. US040114GH79 and CUSIP No. 040114GH7, before December 18, 2007.     The Bonds are deposited under the name of Alexandra's bank, LRI, and have been booked electronically by LRI in Alexandra's name.  A copy of Alexandra's most recent account statement, as of March 26, 2008, is annexed hereto as Exhibit 1.  That statement indisputably shows that Alexandra continues to own the Bonds.

4.     Notwithstanding its payment obligations under the Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Bonds.

5.     The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1994 Fiscal Agency Agreement.

6.     In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

(a)     Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or

(d)     Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

7.     Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written

---

[1]     A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.

notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

        8.      By letter dated December 18, 2007, Alexandra provided Argentina with written notice that Alexandra was declaring the principal and interest on the Bonds to be due and payable.  A copy of that letter is annexed hereto as Exhibit 2.

        9.      Since then, Argentina has failed to make any payment of principal or interest to Alexandra.

        10.      By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

        I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: April 30 , 2008

ROBY HAAS

**LRI Invest S.A.**

**HWB Alexandra Strategies Portfolio [1224]**      **INVENTARLISTE 26.03.2008**      **EUR**      **20.515.940,74**

| WKN ISIN | WP-BEZEICHNUNG | NOMINALE | EINSTAND BW | WHG | EINST.STK.BW EINST.DEV.KURS | BEW.KURS BEW.DEV.KURS | KURSWERT | %KW | GUV GUV PROZ. |
|---|---|---|---|---|---|---|---|---|---|

## WERTPAPIERE

**RENTEN / EUR**

| 00000421547 LRI000421547 | 2,200% Iliad SA CV 06/42 | 79.245,000 | 77.843,90 | EUR | 98,23194 1,000000 | 95,25840 1,000000 | 75.487,52 | 0,37% | -2.356,38 -3,03% |
| **GESAMT RENTEN / EUR** | | | **77.843,90** | | | | **75.487,52** | **-0,37%** | **-2.356,38** |

**RENTEN / USD**

| 00000686425 US040114GG96 | 12,250% Argentinien Poolf. 01/18 | 1.000.000,000 | 258.769,45 | USD | 37,43839 1,446785 | 31,04156 1,556900 | 199.380,58 | 0,97% | -59.388,87 -22,95% |
| 00000686426 US040114GH79 | 12,000% Argentinien Poolf.01/31 | 1.000.000,000 | 258.825,60 | USD | 37,44731 1,446816 | 29,94500 1,556900 | 192.337,34 | 0,94% | -66.488,26 -25,69% |
| **GESAMT RENTEN / USD** | | | **517.595,05** | | | | **391.717,92** | **1,91%** | **-125.877,13** |

**AKTIEN / CAD**

| 00000899036 CA82934H1019 | Sino-Forest Corp | 19.000,000 | 245.133,67 | CAD | 19,07395 1,478398 | 15,82000 1,587000 | 189.401,39 | 0,92% | -55.732,28 -22,74% |
| 00000A0B6G3 CA03734N1069 | Anvil Mining Ltd | 2.000,000 | 27.232,97 | CAD | 18,70088 1,373400 | 12,30000 1,587000 | 15.500,95 | 0,08% | -11.732,02 -43,08% |
| **GESAMT AKTIEN / CAD** | | | **272.366,64** | | | | **204.902,33** | **1,00%** | **-67.464,31** |

**AKTIEN / CHF**

| 00000676682 CH0012453913 | Temenos Group AG | 10.500,000 | 168.089,33 | CHF | 26,17281 1,634931 | 25,50000 1,572800 | 170.237,79 | 0,83% | 2.148,46 1,28% |
| 00000859568 CH0010570759 | Chocoladefabriken Lindt & Sprüngli AG | 6,000 | 128.298,30 | CHF | 34.503,69000 1,613600 | 35.165,00000 1,572800 | 134.149,29 | 0,65% | 5.850,99 4,56% |
| 00000869898 CH0012214059 | Holcim Ltd Namensaktien | 2.600,000 | 169.204,38 | CHF | 102,93483 1,581700 | 102,50000 1,572800 | 169.443,03 | 0,83% | 238,65 0,14% |
| 00000870264 CH0002497458 | SGS Societe Generale de Surveillance | 500,000 | 77.203,50 | CHF | 1.371,21989 1,598500 | 1.353,00000 1,572800 | 77.422,43 | 0,38% | 218,93 0,28% |
| 00000870503 CH0010570767 | Lindt & Sprüngli AG Partizipsch. | 18,000 | 41.653,73 | CHF | 3.819,41556 1,650500 | 3.210,00000 1,572800 | 36.737,03 | 0,18% | -4.916,70 -11,80% |
| 00000871110 CH0012255144 | Swatch Group AG Namensaktien | 2.000,000 | 72.162,46 | CHF | 58,13408 1,611200 | 50,70000 1,572800 | 64.471,01 | 0,31% | -7.691,45 -10,66% |
| 00000893484 CH0012549785 | Sonova Holding AG Namensaktien | 3.500,000 | 234.326,11 | CHF | 109,13817 1,630137 | 89,10000 1,572800 | 198.276,96 | 0,97% | -36.049,15 -15,38% |
| 00000910145 CH0007186981 | Hiestand Holding AG | 120,000 | 190.828,47 | CHF | 2.593,82608 1,630631 | 1.631,00000 1,572800 | 124.440,49 | 0,61% | -66.387,98 -34,79% |
| 00000922031 CH0012138605 | Adecco SA Namensaktien | 2.000,000 | 70.632,88 | CHF | 56,90185 1,611200 | 55,85000 1,572800 | 71.019,84 | 0,35% | 386,96 0,55% |
| 00000A0EAHZ CH0002432174 | Bucher Industries AG Namenaktien | 400,000 | 67.215,90 | CHF | 279,30403 1,662131 | 258,25000 1,572800 | 65.679,04 | 0,32% | -1.536,86 -2,29% |
| 00000A0MQWG CH0030170408 | Geberit AG | 2.800,000 | 269.702,86 | CHF | 156,34940 1,623188 | 145,70000 1,572800 | 259.384,54 | 1,26% | -10.318,32 -3,83% |
| **GESAMT AKTIEN / CHF** | | | **1.489.317,92** | | | | **1.371.261,44** | **6,68%** | **-118.056,48** |

**AKTIEN / CZK**

| 00000887832 CZ0005112300 | Ceske Energeticke Zavody AS CEZ | 2.600,000 | 126.680,67 | CZK | 1.264,44798 25,951590 | 1.216,00000 25,455000 | 124.203,50 | 0,61% | -2.477,17 1,96% |
| **GESAMT AKTIEN / CZK** | | | **126.680,67** | | | | **124.203,50** | **0,61%** | **-2.477,17** |

# LRI Invest S.A.

**HWB Alexandra Strategies Portfolio [1224]**    **INVENTORY 03.26.2008   EUR   20,515,940.74**

| Securities code No. ISIN | Denomination | Nominal Value | Inicial Cash Value | Curr. | Inicial Unit Cash Value Inicial Exchange Rate | Assessed Rate Assessed Exchange Rate | Cash Market Value | % Market Value | P&L % P&L |
|---|---|---|---|---|---|---|---|---|---|
| SECURITIES, STOCKS AND BONDS | | | | | | | | | |
| BONDS / EUR | | | | | | | | | |
| BONDS / USD | | | | | | | | | |
| 00000686425 US040114GG96 | 12.250% ARGENTINA POOLF. 01/18 | 1,000,000.000 | 258,769.45 | USD | 37.43839 1.446785 | 31.04156 1.556900 | 199,380.58 | 0.97% | -59,388.87 -22.95% |
| 00000686426 US040114GH79 | 12.000% ARGENTINA POOLF. 01/31 | 1,000,000.000 | 258,825.60 | USD | 37.44731 1.446816 | 29.94500 1.556900 | 192,337.34 | 0.94% | -66,488.26 -25.69% |
| TOTAL BONDS / USD | | | 517,595.05 | | | | 391,717.92 | 1.91% | -125,877.13 |

# DREIER LLP

**ATTORNEYS AT LAW**

**Cara S. Mittleman**
Direct  212 328 6119
cmittleman@dreierllp.com

December 18, 2007

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn:  Mr. Stan Burg

       Re:    **Notice of Acceleration**

Dear Mr. Burg,

      We write this letter on behalf of our client, HWB Alexandra Strategies Portfolio ("Alexandra").

      Alexandra is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement").  In particular, Alexandra is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
|---|---|
| $  250,000 | US040114GG96 |
| $  250,000 | US040114GH79 |

      Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Alexandra declares the principal of and interest on the foregoing bonds to be immediately due and payable.  The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Alexandra.

      Very truly yours,

Cara S. Mittleman

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile  212 328 6101
Los Angeles  ·  Stamford  ·  Albany
www.dreierllp.com

{00314077.DOC;}

Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| HWB VICTORIA STRATEGIES PORTFOLIO, et al., | : | 07 CV 11382 (TPG) |
|  | : |  |
| Plaintiffs, | : | **DECLARATION OF** |
|  | : | **WILLEM ADRIAANSE** |
| - against - | : | **IN SUPPORT OF MOTION** |
|  | : | **FOR SUMMARY JUDGMENT** |
| THE REPUBLIC OF ARGENTINA, | : |  |
|  | : |  |
| Defendant. | : |  |

-------------------------------------------------------------------x

WILLEM ADRIAANSE declares under penalty of perjury as follows:

1.      I am Director of Kheshia Holdings Ltd., the managing company for Victoria Strategies Portfolio Ltd. ("Victoria Ltd."), one of the plaintiffs in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against the Republic of Argentina ("Argentina"). I have personal knowledge of the facts set forth below.

2.      As set forth in the Complaint, it cannot be disputed that (i) Victoria Ltd. owns the bonds upon which Victoria Ltd. has sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) Victoria Ltd. provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3.      Victoria Ltd. acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency

Agreement")[1] in the aggregated principal amounts of: (i)$795,937.50 having the ISIN No. US040114GG96 and CUSIP No. 040114GG9; (ii)$265,000 having the ISIN No. US040114GH79 and CUSIP No. 040114GH7, before December 18, 2007. The Bonds are deposited under the name of Victoria Ltd.'s bank, LRI Invest S.A., and have been booked electronically by LRI Invest S.A. in Victoria Ltd.'s name. A copy of Victoria Ltd.'s most recent account statement, as of February 29, 2008, is annexed hereto as Exhibit 1. That statement indisputably shows that Victoria Ltd. continues to own the Bonds.

4.      Notwithstanding its payment obligations under the Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Bonds.

5.      The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1994 Fiscal Agency Agreement.

6.      In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

> (a)  Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or

> (d)  Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

7.      Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written

---

[1]   A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.

notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

8.    By letter dated December 18, 2007, Victoria Ltd. provided Argentina with written notice that Victoria Ltd. was declaring the principal and interest on the Bonds to be due and payable. A copy of that letter is annexed hereto as Exhibit 2.

9.    Since then, Argentina has failed to make any payment of principal or interest to Victoria Ltd..

10.    By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: April 23, 2008


_____

WILLEM ADRIAANSE

# Depotauszug / Saldenmitteilung

**LRI**

Statement of securities / Advice of balance
Relevé de compte-titres / Avis de solde

\*\*\* **K O P I E** \*\*\*

Member of the LBBW Group

| | | |
|---|---|---|
| **KONTO /Acct. /compte** | 79225 | HWB Accounting S.a.r.l. |
| **DATUM / Date / Date** | 05.03.2008 / 1 | P.O. Box 2314 |
| **VALUTA / Value / Valeur** | 29.02.2008 | L-1023 Luxembourg |

**KONTOINHABER**      Victoria Strategies Portfolio Ltd.

Im Rahmen unserer Jahresabschlußprüfung übersenden wir ihnen diese Aufstellung. Einspruch gegen die enthaltenen Angabem bitten wir umgehend unserer Innenrevision, Postfach 84, L-2010 Luxembourg mitzuteilen. Sofern dieser Einspruch nicht innerhalb einer Frist von 6 Wochen nach Zugang dieser Aufstellung von Ihnen erhoben wird, gelten diese Angaben als anerkannt. Diese Aufstellung trägt keine Unterschrift.

As we are completing our annual statement of account we send you this report. Should you have any objection to the data, please contact immediately our internal auditing department, P.O. Box 84, L-2010 Luxembourg. If there is no objection within 6 weeks following the reception of this report, the data will be considered acknowledged. This report bears no signature.

us le cadre de notre révision de fin d'année nous vous envoyons cet avis. En cas d'objections concernant les données nous vous prions d'informer notre service < Innenrevision B.P. 84, L-2010 Luxembourg> > . Si aucune réclamation ne nous parvient endéans 6 semaines, ces données seront considérées comme approuvées. Cet avis ne porte pas de signature.

# Depotauszug / Saldenmitteilung

## LRI

Statement of securities / Advice of balance
Relevé de compte-titres / Avis de solde          *** K O P I E ***

Member of the LBBW Group

| | |
|---|---|
| **KONTO /Acct. /compte** | 79225 |
| **DATUM / Date / Date** | 05.03.2008 /   2 |
| **VALUTA / Value / Valeur** | 29.02.2008 |

Im Rahmen unserer Jahresabschlußprüfung übersenden wir ihnen diese Aufstellung. Einspruch gegen die enthaltenen Angabem bitten wir umgehend unserer Innenrevision, Postfach 84, L-2010 Luxembourg mitzuteilen. Sofern dieser Einspruch nicht innerhalb einer Frist von 6 Wochen nach Zugang dieser Aufstellung von Ihnen erhoben wird, gelten diese Angaben als anerkannt. Diese Aufstellung trägt keine Unterschrift.

As we are completing our annual statement of account we send you this report. Should you have any objection to the data, please contact immediately our internal auditing department, P.O. Box 84, L-2010 Luxembourg. If there is no objection within 6 weeks following the reception of this report, the data will be considered acknowledged. This report bears no signature.

us le cadre de notre révision de fin d'année nous vous envoyons cet avis. En cas d'objections concernant les données nous vous prions d'informer notre service < Innenrevision B.P. 84, L-2010 Luxembourg> >. Si aucune réclamation ne nous parvient endéans 6 semaines, ces données seront considérées comme approuvées. Cet avis ne porte pas de signature.

| Deposit/Security Period | Amount/Face value Rate | Cur. | Market val. Cost val. | Interest Conv.R.EUR/xxx | Dayvalue in EUR (witho/with int.) |
|---|---|---|---|---|---|
| **Cash** | | | | | |
| ----- | | | | | |
| Kontokorrent | 190.437,16 -3,275000 | USD | | -1,5192000 | 125.353,58 |
| Kontokorrent | -13.142,46 -0,475000 | CAD | | -1,4912000 | -8.813,34 |
| Kontokorrent | -3.724.179,37 4,275000 | EUR | | 1,0000000 | -3.724.179,37 |
| **~unds** | | | | | |
| ---- | | | | | |
| Victoria Strategies Portfolio Fonds V | 0,003 1.107,2220 | EUR | 1.716,8900 | 1,0000000 | 5,15 |
| HWB Umbrella Fund HWB QueVadis V | 16.535,758 | EUR | 58,1000 48,3800 | 1,0000000 | 960.727,54 |
| HWB Umbrella Alexandra Strategie Portf.V | 15.663,600 | EUR | 111,6900 106,2249 | 1,0000000 | 1.749.488,49 |
| HWB Umbrella Alexandra Strategie Portf.R | 30.000,000 | EUR | 111,6900 100,0000 | 1,0000000 | 3.350.700,00 |
| HWB Dachfonds VeniVidiVici R | 6.000,000 | EUR | 100,0000 110,6700 | 1,0000000 | 600.000,00 |
| **Bonds** | | | | | |
| ----- | | | | | |
| 12,25 Argentinien 19.06.2018 POOLFAKTOR 19.06.2008 | 3.332.325,000 0,000000 | USD | 31,5000 36,1708 | 0,00 1,5192000 | 690.944,17 690.944,17 |
| 12,25 Argentinien 19.06.2018 POOLFAKTOR 19.06.2008 | 530.625,000 0,000000 | USD | 31,5000 36,0000 | 0,00 1,5192000 | 110.022,96 110.022,96 |

# Depotauszug / Saldenmitteilung



Member of the LBBW Group

Statement of securities / Advice of balance       \*\*\* K O P I E \*\*\*
Relevé de compte-titres / Avis de solde

**KONTO / Acct. / compte**         79225

**DATUM / Date / Date**    05.03.2008 /   3

**VALUTA / Value / Valeur**     29.02.2008

Im Rahmen unserer Jahresabschlußprüfung übersenden wir ihnen diese Aufstellung. Einspruch gegen die enthaltenen Angabem bitten wir umgehend unserer Innenrevision, Postfach 84, L-2010 Luxembourg mitzuteilen. Sofern dieser Einspruch nicht innerhalb einer Frist von 6 Wochen nach Zugang dieser Aufstellung von Ihnen erhoben wird, gelten diese Angaben als anerkannt. Diese Aufstellung trägt keine Unterschrift.

As we are completing our annual statement of account we send you this report. Should you have any objection to the data, please contact immediately our internal auditing department, P.O. Box 84, L-2010 Luxembourg. If there is no objection within 6 weeks following the reception of this report, the data will be considered acknowledged. This report bears no signature.

us le cadre de notre révision de fin d'année nous vous envoyons cet avis. En cas d'objections concernant les données nous vous prions d'informer notre service < Innenrevision B.P. 84, L-2010 Luxembourg> >. Si aucune réclamation ne nous parvient endéans 6 semaines, ces données seront considérées comme approuvées. Cet avis ne porte pas de signature.

| Deposit/Security<br>Period | Amount/Face value<br>Rate | Cur. | Market val.<br>Cost val. | Interest<br>Conv.R.EUR/xxx | Dayvalue in EUR<br>(witho/with int.) |
|---|---|---|---|---|---|
| 12,25 Argentinien 19.06.2018 POOLFAKTOR | 1.591.875,000 | USD | 31,5000 | 0,00 | 330.068,87 |
| 19.06.2008 | 0,000000 | | 37,0000 | 1,5192000 | 330.068,87 |
| 12,0 Argentina 19.06.2031 POOLFAKTOR | 4.613.120,000 | USD | 30,0000 | 0,00 | 910.963,67 |
| 19.06.2008 | 0,000000 | | 37,1462 | 1,5192000 | 910.963,67 |
| 12,0 Argentina 19.06.2031 POOLFAKTOR | 1.060.000,000 | USD | 30,0000 | 0,00 | 209.320,70 |
| 19.06.2008 | 0,000000 | | 34,2500 | 1,5192000 | 209.320,70 |
| 12,0 Argentina 19.06.2031 POOLFAKTOR | 1.060.000,000 | USD | 30,0000 | 0,00 | 209.320,70 |
| 19.06.2008 | 0,000000 | | 37,3875 | 1,5192000 | 209.320,70 |

| Total portfolio | per 29.02.2008 | EUR | 5.280.822,64 |
|---|---|---|---|
| Of which securities | | EUR | 9.121.542,25 |

**Deposit Statement / Balance Information**                                    **LRI**


**Statement of Securities / Advance of Balance**


*** COPY ***


| | | |
|---|---|---|
| **Account:** | 79225 | **HWB Accounting S.a.r.l.** |
| **Date:** | 03.05.2008 / 1 | **P. O. Box 2314** |
| **Value:** | 02.29.2008 | **L-1023 Luxembourg** |


**ACCOUNT HOLDER:**     Victoria Strategies Portfolio Ltd.

**Deposit Statement / Balance Information**                    **LRI**


**Statement of Securities / Advance of Balance**


*** COPY ***


**Account:**    **79225**

**Date:**       **03.05.2008 / 2**

**Value:**      **02.29.2008**


| Deposit / Security Period | Amount / Face Value Rate | Currency | Market Value Cost Value | Interest Exchange Rate EUR/xxx | Dayvalue in EUR (with/without interest) |
|---|---|---|---|---|---|
| **Cash** | | | | | |
| | | | | | |
| **Funds** | | | | | |
| Victoria Strategies Portfolio Fonds V | | | | | |
| | | | | | |
| **Bonds** | | | | | |
| | | | | | |
| 12.25 Argentina 06.19.2018 POOL FACTOR 06.19.2008 | 3,332,325.000 0.000000 | USD | 31.5000 36.1708 | 0.00 1.5192000 | 690,944.17 690,944.17 |
| 12.25 Argentina 06.19.2018 POOL FACTOR 06.19.2008 | 530,625.000 0.000000 | USD | 31.5000 36.0000 | 0.00 1.5192000 | 110,022.96 110,022.96 |
| | | | | | |

**Deposit Statement / Balance Information**                                        **LRI**

**Statement of Securities / Advance of Balance**

*** COPY ***

**Account:**     **79225**

**Date:**        **03.05.2008 / 3**

**Value:**       **02.29.2008**

| Deposit / Security Period | Amount / Face Value Rate | Currency | Market Value Cost Value | Interest Exchange Rate EUR/xxx | Dayvalue in EUR (with/without interest) |
|---|---|---|---|---|---|
| 12.25 Argentina 06.19.2018 POOL FACTOR 06.19.2008 | 1,591,875.000 0.000000 | USD | 31.5000 37.0000 | 0.00 1.5192000 | 330,068.87 330,068.87 |
| 12.0 Argentina 06.19.2031 POOL FACTOR 06.19.2008 | 4,613,120.000 0.000000 | USD | 30.0000 37.1462 | 0.00 1.5192000 | 910,963.67 910,963.67 |
| 12.0 Argentina 06.19.2031 POOL FACTOR 06.19.2008 | 1,060,000.000 0.000000 | USD | 30.0000 34.2500 | 0.00 1.5192000 | 209,320.70 209,320.70 |
| 12.0 Argentina 06.19.2031 POOL FACTOR 06.19.2008 | 1,060,000.000 0.000000 | USD | 30.0000 37.3875 | 0.00 1.5192000 | 209,320.70 209,320.70 |
|  |  |  |  |  |  |

**Total Portfolio**       **as of 02.29.2008**     **EUR**     **5,280,822.64**
**Of which securities**                            **EUR**     **9,121,542.25**

# DREIER LLP

**ATTORNEYS AT LAW**

---

**Cara S. Mittleman**
Direct 212 328 6119
cmittleman@dreierllp.com

December 18, 2007

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn: Mr. Stan Burg

   **Re:**  **Notice of Acceleration**

Dear Mr. Burg,

   We write this letter on behalf of our client, Victoria Strategies Portfolio Ltd. ("Victoria Ltd.").

   Victoria Ltd. is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"). In particular, Victoria Ltd. is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
| --- | --- |
| $ 795,937.50 | US040114GG96 |
| $ 265,000.00 | US040114GH79 |

   Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Victoria Ltd. declares the principal of and interest on the foregoing bonds to be immediately due and payable. The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Victoria Ltd.

      Very truly yours,

      Cara S. Mittleman

{00314079.DOC;}



Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                             :

HWB VICTORIA STRATEGIES PORTFOLIO, et al.,   :  07 CV 11382 (TPG)
                             :

              Plaintiffs,    :  **DECLARATION OF**
                             :  **ROBY HAAS**
        - against -     :  **IN SUPPORT OF MOTION**
                             :  <u>**FOR SUMMARY JUDGMENT**</u>

THE REPUBLIC OF ARGENTINA,         :
                             :

             Defendant.    :
-----------------------------------------------------------------------x

        ROBY HAAS declares under penalty of perjury as follows:

        1.     I am Chairman of the Supervisory Board of LRI Invest S.A. ("LRI"), the

managing company for HWB Victoria Strategies Portfolio ("Victoria"), one of the plaintiffs in

the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary

judgment as against the Republic of Argentina ("Argentina"). I have personal knowledge of the

facts set forth below.

        2.     As set forth in the Complaint, it cannot be disputed that (i) Victoria owns

the bonds upon which Victoria has sued (the "Bonds"); (ii) Argentina has defaulted on its

contractual obligations with respect to the Bonds; and (iii) Victoria provided Argentina with

written notice of default accelerating Argentina's payment obligations. Accordingly, summary

judgment is appropriate.



3.    Victoria acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement")[1] in the aggregated principal amounts of: (i)$1,000,000 having the ISIN No. US040114GG96 and CUSIP No. 040114GG9; (ii)$500,000 having the ISIN No. US040114GH79 and CUSIP No. 040114GH7, before December 18, 2007. The Bonds are deposited under the name of Victoria's bank, LRI, and have been booked electronically by LRI in Victoria's name. A copy of Victoria's most recent account statement, as of March 26, 2008, is annexed hereto as Exhibit 1. That statement indisputably shows that Victoria continues to own the Bonds.

4.    Notwithstanding its payment obligations under the Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Bonds.

5.    The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1994 Fiscal Agency Agreement.

6.    In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

(a)    Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or

(d)    Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

7.    Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written

---

[1]    A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.

notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

8.      By letter dated December 18, 2007, Victoria provided Argentina with written notice that Victoria was declaring the principal and interest on the Bonds to be due and payable. A copy of that letter is annexed hereto as Exhibit 2.

9.      Since then, Argentina has failed to make any payment of principal or interest to Victoria.

10.     By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: April 30, 2008

_____
ROBY HAAS

**LRI Invest S.A.**

---

**HWB Victoria Strategies Portfolio  [1220]**     **INVENTARLISTE 26.03.2008**     **EUR**     **60.698.574,32**

| WKN ISIN | WP-BEZEICHNUNG | NOMINALE | EINSTAND BW | WHG | EINST.STK.BW EINST.DEV.KURS | BEW.KURS BEW.DEV.KURS | KURSWERT | %KW | GUV GUV PROZ. |
|---|---|---|---|---|---|---|---|---|---|
| **WERTPAPIERE** | | | | | | | | | |
| **RENTEN / CHF** | | | | | | | | | |
| 00000907395 CH0016772987 | 9,625% The Swatch Gr. CV 03/10 | 300.000,000 | 268.790,00 | CHF | 148,01147 1,651975 | 114,00000 1,572800 | 217.446,59 | 0,36% | -51.343,41 -19,10% |
| 00000984019 CH0016469279 | 0,000% Adecco Fin Serv. CV 03/13 | 1.200.000,000 | 781.626,19 | CHF | 105,62320 1,621592 | 100,75000 1,572800 | 768.692,78 | 1,27% | -12.933,41 -1,65% |
| 00000A0G1XW CH0027818514 | 0,000% Actelion Finance CV 06/11 | 600.000,000 | 446.892,10 | CHF | 119,05950 1,598500 | 117,84667 1,572800 | 449.567,65 | 0,74% | 2.675,55 0,60% |
| **GESAMT RENTEN / CHF** | | | 1.497.308,29 | | | | 1.435.707,02 | 2,37% | -61.601,27 |
| | | | | | | | | | |
| **RENTEN / EUR** | | | | | | | | | |
| 00000421517 LRI000421517 | 2,200% Iliad SA. CV 06/12 | 539.922,600 | 535.029,04 | EUR | 99,09366 1,000000 | 95,25840 1,000000 | 514.321,63 | 0,85% | -20.707,41 -3,87% |
| 00000A0GXN0 DE000A0GXN04 | 2,250% Praktiker Fin.CV 06/11 | 600.000,000 | 585.667,69 | EUR | 97,61128 1,000000 | 87,25000 1,000000 | 523.500,00 | 0,86% | -62.167,69 -10,61% |
| **GESAMT RENTEN / EUR** | | | 1.120.696,73 | | | | 1.037.821,63 | 1,71% | -82.875,10 |
| | | | | | | | | | |
| **RENTEN / HKD** | | | | | | | | | |
| 00000421188 XS0262607871 | 0,000% Sinochem HK CV Hlds. Ltd 06/11 | 2.000.000,000 | 253.678,30 | HKD | 133,86953 10,553487 | 163,50000 12,112600 | 269.966,81 | 0,44% | 16.288,51 6,42% |
| **GESAMT RENTEN / HKD** | | | 253.678,30 | | | | 269.966,81 | 0,44% | 16.288,51 |
| | | | | | | | | | |
| **RENTEN / USD** | | | | | | | | | |
| 00000686425 US040114GG96 | 12,250% Argentinien Poolf. 01/18 | 6.524.000,000 | 1.713.474,24 | USD | 37,18994 1,415995 | 31,04156 1,556900 | 1.300.758,90 | 2,14% | -412.715,34 -24,09% |
| 00000686426 US040114GH79 | 12,000% Argentinien Poolf.01/31 | 7.225.000,000 | 1.918.327,25 | USD | 37,22039 1,401832 | 29,94500 1,556900 | 1.389.637,26 | 2,29% | -528.689,99 -27,56% |
| 00000648317 US254687AG44 | 2,125% Walt Disney Co CV 03/23 | 600.000,000 | 466.598,89 | USD | 111,23113 1,430322 | 109,00477 1,556900 | 420.083,91 | 0,69% | -46.514,98 -9,97% |
| 00000A0GXLD US13342BAB18 | 2,500% Cameron International CV 06/26 | 600.000,000 | 572.593,56 | USD | 139,22584 1,458897 | 138,37500 1,556900 | 533.271,24 | 0,88% | -39.322,32 -6,87% |
| 00000A0GYEA XS0267243417 | 2,250% Acergy SA CV 06/13 | 600.000,000 | 494.086,24 | USD | 119,70232 1,453621 | 108,65000 1,556900 | 418.716,68 | 0,69% | -75.369,56 -15,25% |
| 00000A0LPUX US955306AA38 | 4,000% WEST Pharm. CV 07/47 | 700.000,000 | 451.685,14 | USD | 93,81474 1,453896 | 95,90120 1,556900 | 431.182,73 | 0,71% | -20.502,41 -4,54% |
| 00000A0NTN1 XS0296963571 | 0,000% China Overseas Fin. CV Ltd 07/14 | 700.000,000 | 377.464,35 | USD | 133,25014 1,434760 | 109,50000 1,556900 | 281.328,28 | 0,46% | -96.136,07 -25,47% |
| 00000A0NUS5 US165167BZ99 | 2,500% CHESAPEAKE CV 07/37 | 650.000,000 | 474.419,31 | USD | 104,71964 1,434760 | 126,41784 1,556900 | 527.789,82 | 0,87% | 53.370,51 11,25% |
| 00000A0NXPB NO0010372774 | 0,000% Subsea 7 Inc. CV 07/17 | 400.000,000 | 332.917,27 | USD | 117,48190 1,447545 | 105,51860 1,556900 | 271.099,24 | 0,45% | -61.818,03 -18,57% |
| 00000A0TKF0 US039483AW22 | 0,875% Archer-Daniels Mid. CV 07/14 | 500.000,000 | 372.883,61 | USD | 107,94144 1,447388 | 119,25130 1,556900 | 384.903,65 | 0,63% | 12.020,04 3,22% |
| 00000A0TNME US436440AA93 | 2,000% Hologic CV 07/37 | 600.000,000 | 433.671,32 | USD | 105,30263 1,456900 | 99,25300 1,556900 | 382.502,41 | 0,63% | -51.168,91 -11,80% |
| 00000A0TNQW US893830AU32 | 1,625% Transocean CV  07/37 | 600.000,000 | 434.701,42 | USD | 105,55275 1,456900 | 107,00000 1,556900 | 412.357,89 | 0,68% | -22.343,53 -5,14% |
| **GESAMT RENTEN / USD** | | | 8.042.822,60 | | | | 6.753.632,02 | 11,13% | -1.289.193,59 |

# LRI Invest S.A.

**HWB Victoria Strategies Portfolio [1220]**        **INVENTORY 03.26.2008   EUR   60,698,574.32**

| Securities code No. ISIN | Denomination | Nominal Value | Inicial Cash Value | Curr. | Inicial Unit Cash Value Inicial Exchange Rate | Assessed Rate Assessed Exchange Rate | Cash Market Value | % Market Value | P&L % P&L |
|---|---|---|---|---|---|---|---|---|---|
| SECURITIES, STOCKS AND BONDS | | | | | | | | | |
| | | | | | | | | | |
| BONDS / USD | | | | | | | | | |
| | | | | | | | | | |
| 00000686425 US040114GG96 | 12.250% ARGENTINA POOLF. 01/18 | 6,524,000.000 | 1,713,474.24 | USD | 37.18994 1.415995 | 31.04156 1.556900 | 1,300,758.90 | 2.14% | -412,715.34 -24.09% |
| 00000686426 US040114GH79 | 12.000% ARGENTINA POOLF. 01/31 | 7,225,000.000 | 1,918,327.25 | USD | 37.22039 1.401832 | 29.94500 1.556900 | 1,389,637.26 | 2.29% | -528,689.99 -27.56% |
| | | | | | | | | | |

# DREIER LLP

### ATTORNEYS AT LAW

**Cara S. Mittleman**
Direct 212 328 6119
cmittleman@dreierllp.com

December 18, 2007

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn: Mr. Stan Burg

      Re:   **Notice of Acceleration**

Dear Mr. Burg,

      We write this letter on behalf of our client, HWB Victoria Strategies Portfolio ("Victoria").

      Victoria is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"). In particular, Victoria is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
|---|---|
| $ 1,000,000 | US040114GG96 |
| $ 500,000 | US040114GH79 |

      Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Victoria declares the principal of and interest on the foregoing bonds to be immediately due and payable. The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Victoria.

Very truly yours,

Cara S. Mittleman

499 Park Avenue   New York, New York   10022
Telephone 212 328 6100   Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

{00314081.DOC;}

Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                               :

HWB VICTORIA STRATEGIES PORTFOLIO, et al.,    :   07 CV 11382 (TPG)
                                               :

                   Plaintiffs,    :  **DECLARATION OF**
                                             :  **ROBY HAAS**
        - against -            :  **IN SUPPORT OF MOTION**
                                             :  **FOR SUMMARY JUDGMENT**

THE REPUBLIC OF ARGENTINA,               :
                                               :

                   Defendant.    :
-----------------------------------------------------------------------x

ROBY HAAS declares under penalty of perjury as follows:

        1.     I am Chairman of the Supervisory Board of LRI Invest S.A. ("LRI"), the managing company for HWB Portfolio Plus ("Portfolio"), one of the plaintiffs in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against the Republic of Argentina ("Argentina"). I have personal knowledge of the facts set forth below.

        2.     As set forth in the Complaint, it cannot be disputed that (i) Portfolio owns the bonds upon which Portfolio has sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) Portfolio provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3.      Portfolio acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement")[1] in the aggregated principal amounts of: (i)$500,000 having the ISIN No. US040114GG96 and CUSIP No. 040114GG9; (ii)$1,000,000 having the ISIN No. US040114GH79 and CUSIP No. 040114GH7, before December 18, 2007. The Bonds are deposited under the name of Portfolio's bank, LRI, and have been booked electronically by LRI in Portfolio's name. A copy of Portfolio's most recent account statement, as of March 26, 2008, is annexed hereto as Exhibit 1. That statement indisputably shows that Portfolio continues to own the Bonds.

4.      Notwithstanding its payment obligations under the Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Bonds.

5.      The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1994 Fiscal Agency Agreement.

6.      In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

>       (a)     Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or

>       (d)     Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

7.      Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written

---

[1]   A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.

notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

8.    By letter dated December 18, 2007, Portfolio provided Argentina with written notice that Portfolio was declaring the principal and interest on the Bonds to be due and payable. A copy of that letter is annexed hereto as Exhibit 2.

9.    Since then, Argentina has failed to make any payment of principal or interest to Portfolio.

10.    By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: April *30*, 2008

_____
ROBY HAAS

# LRI Invest S.A.

| HWB PORTFOLIO Plus | [1221] | | INVENTARLISTE 26.03.2008 | | EUR | 65.186.381,79 |
|---|---|---|---|---|---|---|

| WKN ISIN | WP-BEZEICHNUNG | NOMINALE | EINSTAND WHG | EINST.STK.B EINST.DEV.KUR | BEW.KURS BEW.DEV.KURS | KURSWERT BW | %KW | GUV GUV PROZ. |
|---|---|---|---|---|---|---|---|---|

## WERTPAPIERE

### RENTEN / CHF

| 00000907395 CH0016772987 | 2,625% The Swatch Gr. CV 03/10 | 600.000,000 | 487.766,68 CHF | 132,07280 | 114,00000 | 434.893,18 | 0,67% | -52.873,50 -10,84% |
| 00000984019 CH0016469279 | 0,000% Adecco Fin.Serv. CV 03/13 | 2.400.000,000 | 1.553.313,43 CHF | 104,36003 1,612450 | 100,75000 1,572800 | 1.537.385,55 | 2,36% | -15.927,88 -1,03% |
| 00000A0G1XW CH0027818514 | 0,000% Actelion Finance CV 06/11 | 720.000,000 | 536.270,50 CHF | 119,05950 1,598500 | 117,84000 1,572800 | 539.481,18 | 0,83% | 3.210,68 0,60% |
| | GESAMT RENTEN / CHF | | 2.577.350,61 | | | 2.511.759,92 | 3,85% | -65.590,69 |

### RENTEN / EUR

| 00000421207 GR0200012947 | 0,1% Jumbo SA CV 06/13 | 84,000 | 840,00 EUR | 10,00000 1,000000 | 10,00000 1,000000 | 840,00 | 0,00% | 0,00 0,00% |
| 00000421236 XF0009976030 | 0,1% Jumbo SA CV 06/13 | 15.960,000 | 15.952,78 EUR | 0,99955 1,000000 | 1,00000 1,000000 | 15.960,00 | 0,02% | 7,22 0,05% |
| 00000421517 LRI0000421517 | 2,200% Iliad SA. CV 06/12 | 1.199.241,000 | 1.182.239,73 EUR | 98,58233 1,000000 | 95,25840 1,000000 | 1.142.377,79 | 1,75% | -39.861,94 -3,37% |
| 00000A0GXN0 DE000A0GXN04 | 2,250% Praktiker Fin.CV 06/11 | 1.200.000,000 | 1.120.259,85 EUR | 93,35499 1,000000 | 87,25000 1,000000 | 1.047.000,00 | 1,61% | -73.259,85 -6,54% |
| | GESAMT RENTEN / EUR | | 2.319.292,36 | | | 2.206.177,79 | 3,38% | -113.114,57 |

### RENTEN / HKD

| 00000421188 XS0262607871 | 0,000% Sinochem HK CV Hlds. Ltd 06/11 | 2.000.000,000 | 297.491,45 HKD | 170,72853 11,477878 | 163,50000 12,112600 | 269.966,81 | 0,41% | -27.524,64 -9,25% |
| | GESAMT RENTEN / HKD | | 297.491,45 | | | 269.966,81 | 0,41% | -27.524,64 |

### RENTEN / USD

| 00000686425 US040114GG96 | 12,250% Argentinien Poolf. 01/18 | 8.900.000,000 | 2.448.313,04 USD | 38,63369 1,404395 | 31,04156 1,556900 | 1.774.487,16 | 2,72% | -673.825,88 -27,52% |
| 00000686426 US040114GH79 | 12,000% Argentinien Poolf.01/31 | 9.250.000,000 | 2.559.511,65 USD | 38,80690 1,402470 | 29,94500 1,556900 | 1.779.120,37 | 2,73% | -780.391,28 -30,49% |
| 00000A03317 US254687A682 | 2,125% Walt Disney Co CV 03/23 | 1.000.000,000 | 812.466,27 USD | 114,23148 1,405984 | 109,00477 1,556900 | 700.139,85 | 1,07% | -112.326,42 -13,83% |
| 00000A0GXLD US13342BAB18 | 2,500% Cameron International CV 06/26 | 400.000,000 | 379.084,41 USD | 138,11591 1,457363 | 138,37500 1,556900 | 355.514,16 | 0,55% | -23.570,25 -6,22% |
| 00000A0GYEA XS0267243417 | 2,250% Acergy SA CV 06/10 | 600.000,000 | 457.367,89 USD | 111,97096 1,468896 | 108,65000 1,556900 | 418.716,68 | 0,64% | -38.651,21 -8,45% |
| 00000A0LPUX US955306AA38 | 4,000% WEST Pharm. CV 07/47 | 600.000,000 | 371.301,65 USD | 91,67081 1,481342 | 95,90120 1,556900 | 369.585,20 | 0,57% | -1.716,45 -0,46% |
| 00000A0NTN1 XS0296963571 | 0,000% China Overseas Fin. CV Ltd 07/14 | 1.000.000,000 | 864.873,63 USD | 126,84473 1,466627 | 109,50000 1,556900 | 703.320,70 | 1,08% | -161.552,93 -18,68% |
| 00000A0NU5S US165167BZ99 | 2,500% CHESAPEAKE CV 07/37 | 1.000.000,000 | 744.374,30 USD | 109,42969 1,470088 | 126,41784 1,556900 | 811.984,33 | 1,25% | 67.609,03 9,08% |
| 00000A0NXPB NO0010372774 | 0,000% Subsea 7 Inc. CV 07/17 | 900.000,000 | 660.852,41 USD | 107,66551 1,464368 | 105,51860 1,556900 | 609.973,28 | 0,94% | -50.879,13 -7,70% |
| 00000A0TKF0 US039483AW22 | 0,875% Archer-Daniels Mid. CV 07/14 | 700.000,000 | 541.091,06 USD | 113,84261 1,472762 | 119,85130 1,556900 | 538.865,12 | 0,83% | -2.225,94 -0,41% |
| 00000A0TNME US436440AA93 | 2,000% Hologic CV 07/37 | 720.000,000 | 520.405,59 USD | 105,30263 1,456900 | 99,25300 1,556900 | 459.002,89 | 0,70% | -61.402,70 -11,80% |
| 00000A0TNQ US893830AU32 | 1,625% Transocean CV 07/37 | 720.000,000 | 521.641,70 USD | 105,55275 1,456900 | 107,00000 1,556900 | 494.829,47 | 0,76% | -26.812,23 -5,14% |

# LRI Invest S.A.

### HWB PORTFOLIO Plus [1221]    INVENTORY 03.26.2008   EUR   65,186,381.79

| Securities code No. ISIN | Denomination | Nominal Value | Inicial Cash Value | Curr. | Inicial Unit Cash Value Inicial Exchange Rate | Assessed Rate Assessed Exchange Rate | Cash Market Value | % Market Value | P&L % P&L |
|---|---|---|---|---|---|---|---|---|---|
| SECURITIES, STOCKS AND BONDS | | | | | | | | | |
| | | | | | | | | | |
| BONDS / USD | | | | | | | | | |
| | | | | | | | | | |
| 00000686425 US040114GG96 | 12.250% ARGENTINA POOLF. 01/18 | 8,900,000.000 | 2,448,313.04 | USD | 38.63369 1.404395 | 31.04156 1.556900 | 1,774,487.16 | 2.72% | -673,825.88 -27.52% |
| 00000686426 US040114GH79 | 12.000% ARGENTINA POOLF. 01/31 | 9,250,000.000 | 2,559,511.65 | USD | 38.80690 1.402470 | 29.94500 1.556900 | 1,779,120.37 | 2.73% | -780,391.28 -30.49% |
| | | | | | | | | | |

# DREIER LLP

**ATTORNEYS AT LAW**

**Cara S. Mittleman**
Direct  212 328 6119
cmittleman@dreierllp.com

December 18, 2007

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn:  Mr. Stan Burg

Re:     **Notice of Acceleration**

Dear Mr. Burg,

We write this letter on behalf of our client, HWB Portfolio Plus ("Portfolio").

Portfolio is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement").  In particular, Portfolio is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
| --- | --- |
| $    500,000 | US040114GG96 |
| $ 1,000,000 | US040114GH79 |

Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Portfolio declares the principal of and interest on the foregoing bonds to be immediately due and payable.  The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Portfolio.

Very truly yours,

Cara S. Mittleman

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile  212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

{00314082.DOC;}