```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/09
```

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

| | |
|---|---|
| HWB Victoria Strategies Portfolio, et al.<br>　　　　　　　　　　Plaintiff (s),<br>　　V.<br>The Republic of Argentina<br>　　　　　　　　　　Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 07cv11382 |

Notice is hereby given that, subject to approval by the court, __Victoria Strategies Portfolio__ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)

__Michael C. Spencer, Milberg LLP__ , State Bar No. __1474162__ as counsel of record in
　　　(Name of New Attorney)

place of __Joel A. Chernov, Dreier LLP__ .
　　　　　(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　　Milberg LLP
　　Address:　　　　One Pennsylvania Plaza, New York, NY 10119
　　Telephone:　　　(212) 594-5300　　　　　　Facsimile (212) 868-1229
　　E-Mail (Optional):　mspencer@milberg.com

I consent to the above substitution.
Date: _____
　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date: __9/17/09__
　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __SEP 1 7 2009__
　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: __10/27/09__
　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]