USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2?/09

AO 154 (10/03) Substitution of Attorney

## UNITED STATES DISTRICT COURT

_____ Southern _____  **District of**  _____ New York _____

HWB Victoria Strategies Portfolio, et al.

Plaintiff (s),

V.

The Republic of Argentina

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  07cv11382

Notice is hereby given that, subject to approval by the court, ___HWB Renten Portfolio Plus___ substitutes
(Party (s) Name)

___Michael C. Spencer, Milberg LLP___ , State Bar No. ___1474162___ as counsel of record in
(Name of New Attorney)

place of ___Joel A. Chernov, Dreier LLP___ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Milberg LLP |
| Address: | One Pennsylvania Plaza, New York, NY 10119 |
| Telephone: | (212) 594-5300   Facsimile (212) 868-1229 |
| E-Mail (Optional): | mspencer@milberg.com |

I consent to the above substitution.

Date: _____

_____
(Signature of Party (s))

I consent to being substituted.

Date: ___9/17/09___

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: ___SEP 1 7 2009___

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ___10/27/09___

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**